UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC KEITH RODGERS,

     Plaintiff,

                                             Case No. 23-cv-13211
v.                                      Hon. Matthew F. Leitman

REVIERT, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff's federal-law claim is dismissed with prejudice and Plaintiff's state-law claim is dismissed without prejudice.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                           By:    s/Holly A. Ryan_____
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 30, 2026
Detroit, Michigan

1